UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DESRUISSEAUX,<br><br>         Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center, et al.<br><br>         Respondents. | Case No.:  26cv0673-LL-BJW<br><br>**ORDER CONDITIONALLY APPOINTING COUNSEL AND SETTING BRIEFING SCHEDULE** |

   Petitioner Christopher Desruisseaux, proceeding pro se, is a detainee in the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement. On February 11, 2026, he filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1 ("Pet."). Petitioner has been detained at Otay Mesa Detention Center since October 12, 2025. *Id* at 2. He states that he has an application for asylum pending and no criminal record. *Id.* He seeks a writ of habeas corpus directing Respondents to release him or provide him with a bond hearing. *Id.*

   The Court finds that representation will serve the interests of justice in this § 2241 petition, given the complexity and potential validity of the constitutional, statutory, and procedural issues presented. 18 U.S.C. § 3006A(a)(2)(B); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the Court **CONDITIONALLY APPOINTS** Federal

Defenders of San Diego, Inc. as counsel effectively immediately. The Court **ORDERS** Petitioner to submit a form CJA 23 financial affidavit by **March 9, 2026** to demonstrate his financial eligibility. *See* 18 U.S.C. § 3006A(b); *Terrovona v. Kincheloe*, 912 F.2d 1176, 1181–82 (9th Cir. 1990). However, if Federal Defenders of San Diego, Inc. determines that Petitioner is not financially eligible to be appointed counsel or that it does not have the resources to represent Petitioner, Federal Defenders of San Diego, Inc. shall notify Petitioner and file notice with the Court on or before **March 4, 2026**. If that occurs, Petitioner shall continue unrepresented.

Additionally, the Court finds it necessary to order a limited stay pursuant to the All Writs Act, 28 U.S.C. § 1651, to preserve the status quo until the Court can provide a reasoned decision, in order to avoid any potential jurisdictional problems if Petitioner is removed from this district.[1] *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 & n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo." (collecting cases)).

Accordingly, the Court **ORDERS** the following:

1.   On or before **March 9, 2026**, Petitioner shall file an amended petition that alleges which constitutional rights, laws, or treaties of the United States have been violated by his detention. An amended petition will supersede and replace the original petition, so the amended petition must be complete in and of itself without reference to the original petition.

2.   Respondents are **ORDERED TO SHOW CAUSE** why the Petition should not be granted by filing a written Return on or before **March 16, 2026**. The Return shall include any documents relevant to the determination of the issues raised in the Petition and

---

[1] Under the All Writs Act, "all courts established by an Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a).

1  shall address whether an evidentiary hearing on the Petition is needed. Respondents shall
2  serve a copy of their Return upon Petitioner concurrently with the filing.
3       3.    Petitioner may reply to the Return by filing a Traverse on or before
4  **March 23, 2026**.
5       4.    After briefing is complete, the Court will take the matter under submission
6  and without oral argument pursuant to Local Civil Rule 7.1(d)(1), unless the parties are
7  notified otherwise.
8       5.    Respondents, their agents, employees, successors, attorneys, and all persons
9  acting in active concert or participation with them are hereby **ENJOINED** from removing
10 Petitioner from the United States or this district pending further order of the Court,
11 to maintain the status quo to allow the Court to provide a reasoned decision.
12      6.    The Clerk of Court shall transmit a copy of this Order and the Petition [ECF
13 No. 1] to the U.S. Attorney's Office for the Southern District of California.
14      **IT IS SO ORDERED.**
15 Dated: February 20, 2026

_____
Honorable Linda Lopez
United States District Judge